JOHN W. HUBER, United States Attorney (#7226)
MATTHEW E. LLOYD, Special Assistant United States Attorney (#9105)
Attorneys for the United States of America
5272 South College Drive, Suite 200
Murray, Utah   84123
Email:   mlloyd@utah.gov
Telephone:   (801) 281-1200   •   Facsimile:   (801) 281-1266

FILED
U.S. DISTRICT COURT

2015 SEP -1   ⊃ 4: 11

DISTRICT OF UTAH

BY:_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | INFORMATION |
| Plaintiff, | |
| vs. | VIO. 8 U.S.C. § 1326 |
| WILMER ADALID ARTEAGA-LOPEZ; aka WILMER ADALID LOPEZ ARTEAGA; aka WILMER ADA ARTEAGA-LOPEZ; aka WILMER ARTEGA, | (REENTRY OF A PREVIOUSLY REMOVED ALIEN)<br><br>Case: 2:15-cr-00498<br>Assigned To : Parrish, Jill N.<br>Assign. Date : 9/1/2015<br>Description: USA v. Arteaga-Lopez |
| Defendant. | |

The United States Attorney charges:

COUNT I

On or about August 19, 2015, in the Central Division of the District of Utah,

WILMER ADALID ARTEAGA-LOPEZ; aka WILMER ADALID LOPEZ ARTEAGA;
     aka WILMER ADA ARTEAGA-LOPEZ; aka WILMER ARTEGA,

the defendant herein, an alien who on or about July 3, 2013, was excluded, removed, and deported from the United States, did knowingly reenter and was found in the United States in the District of Utah, having not obtained the consent of the Secretary of the United States Department of Homeland Security to reapply for admission into the United States; all in violation of Title 8, United States Code, Section 1326.

DATED this 1st day of September, 2015.

JOHN W. HUBER
United States Attorney

/s/ Felicia H Cook
for MATTHEW E. LLOYD
Special Assistant United States Attorney