PROB 13E
(9/87)

# UNITED STATES DISTRICT COURT

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
SEP 04 2015
D. MARK JONES, CLERK
BY DEPUTY CLERK

CENTRAL DIVISION     DISTRICT     UTAH

### Consent to Institute a Presentence Investigation and Disclose the Report
### Before Conviction or Plea of Guilty

I, __WILMER ADALID ARTEAGA-LOPEZ, 2:15-CR-498 JNP__,
(Name of Defendant)

hereby consent to a presentence investigation by the probation officers of the United States district courts. I understand and agree that the report of the investigation will be disclosed to the judge and the attorney for the government, as well as to me and my attorney, so that it may be considered by the judge in deciding whether to accept a plea agreement that I have reached with the government.

I have read, or had read to me, the foregoing consent and fully understand it.

9/4/2015
(Date)

Wilmer Arteaga
(Signature of Defendant)

9-4-15
(Date)

[signature]
(Defendant's Attorney)